IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Daniels Sharpsmart, Inc, <br><br>Plaintiff(s), <br><br>v. <br><br>Cyntox Limited Liability Company, <br><br>Defendant(s). | Case No. 23-cv-3536 <br>Judge Sara L. Ellis |

### ORDER

Motions for leave to appear pro hac vice [10], and [11] are granted.

Date: 8/4/2023                                              /s/ Sara L. Ellis