IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIELS SHARPSMART, INC., ) <br> a Delaware Corporation, ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) No. 2023-cv-3536 <br> v. ) <br> ) Judge Sarah L. Ellis <br> CYNTOX LIMITED LIABILITY ) <br> COMPANY, ) <br> a New York Limited Liability Company, ) <br> ) <br> **Defendant.** ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S AFFIRMATIVE DEFENSES**

Plaintiff, Daniels Sharpsmart, Inc. ("Daniels"), a Delaware corporation, by and through its attorneys, hereby respond to Defendant, Cyntox Limited Liability Company's ("Cyntox"), Affirmative Defenses, states and alleges as follows:

**FIRST AFFIRMATIVE DEFENSE:**

Cyntox is entitled to an offset, set-off and/or recoupment.

**ANSWER: Defendant's First Affirmative Defense contains solely legal conclusions to which no response is required. To the extent that a response is required, Plaintiff denies the allegations in Defendant's First Affirmative Defense.**

**SECOND AFFIRMATIVE DEFENSE:**

Plaintiff's claims are barred by the doctrine of unclean hands and equitable estoppel.

**ANSWER: Defendant's Second Affirmative Defense contains solely legal conclusions to which no response is required. To the extent that a response is required, Plaintiff denies the allegations in Defendant's Second Affirmative Defense.**

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred by the applicable Statute of Limitations.

**ANSWER: Defendant's Third Affirmative Defense contains solely a legal conclusion to which no response is required. To the extent that a response is required, Plaintiff denies the allegations in Defendant's Third Affirmative Defense.**

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Frauds.

**ANSWER: Defendant's Fourth Affirmative Defense contains solely a legal conclusion to which no response is required. To the extent that a response is required, Plaintiff denies the allegations in Defendant's Fourth Affirmative Defense.**

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver, accord and satisfaction.

**ANSWER: Defendant's Fifth Affirmative Defense contains solely legal conclusions to which no response is required. To the extent that a response is required, Plaintiff denies the allegations in Defendant's Fifth Affirmative Defense.**

### SIXTH AFFIRMATIVE DEFENSE

Defendant was in full compliance with any and all of its legal obligations with respect to Plaintiff.

**ANSWER: Defendant's Sixth Affirmative Defense contains solely legal conclusions to which no response is required. To the extent that a response is required, Plaintiff denies the allegations in Defendant's Sixth Affirmative Defense.**

Dated: August 25, 2023                                    **DANIELS SHARPSMART, INC.,**
                                                          Plaintiff,

Matthew C. Wasserman, Esq.
Michelle A. Rakestraw, Esq.
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400                                  By: _/s/ Matthew C. Wasserman_
Chicago, IL 60606                                              One of Its Attorneys
Matthew.wasserman@dinsmore.com
Michelle.rakestraw@dinsmore.com
(312) 837-4316

## **CERTIFICATE OF SERVICE**

The undersigned, a non-attorney, states that she served the foregoing Plaintiff's Response to Defendant's Affirmative Defenses on August 25, 2023, via electronic mail addressed to the following:

<div style="display: flex;">

Alexander N. Loftus
Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Ste. 1600
Chicago, IL 60601
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

Noam Besdin
Griffin Sloan
Stein Adler Dabah & Zelkowitz LLP
1633 Broadway, Fl. 46
New York, NY 10019
nbesdin@steinadlerlaw.com
gsloan@steinadlerlaw.com

</div>

    */s/ Sierra James*
    Sierra James