# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** ) <br> a Delaware Corporation, ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **CYNTOX LIMITED LIABILITY** ) <br> **COMPANY,** ) <br> a New York Limited Liability Company, ) <br> ) <br> **Defendant.** ) | No. 2023-cv-3536 <br><br> **Presiding Hon. Sarah L. Ellis** <br> **Magistrate Hon. Young B. Kim** |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **November 6, 2023 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Young B. Kim or any judge sitting in his stead, in Room 1019 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Motion for Protective Order to Stay Oral Discovery, a copy of which is attached and hereby served upon you.

Dated: October 31, 2023                                          Respectfully submitted,

                                                             **DANIELS SHARPSMART, INC.,**

                                                             By:   */s/ Matthew C. Wasserman*
                                                                   One of Its Attorneys

Matthew C. Wasserman (#6287638)
Michelle A. Rakestraw (#6323764)
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 837-4316
matthew.wasserman@dinsmore.com
michelle.rakestraw@dinsmore.com

## **CERTIFICATE OF SERVICE**

I, Sierra James, a non-attorney, hereby certify that I caused a copy Motion for Protective Order to Stay Oral Discovery to be served upon the following:

<table>
<tr>
<td>

Alexander N. Loftus
Ross M. Good
Loftus & Eisenberg, Ltd.
161 N. Clark, Ste. 1600
Chicago, IL 60601
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

</td>
<td>

Noam Besdin
Griffin Sloan
Stein Adler Dabah & Zelkowitz LLP
1633 Broadway, Fl. 46
New York, NY 10019
nbesdin@steinadlerlaw.com
gsloan@steinadlerlaw.com

</td>
</tr>
</table>

by causing a copy of same to be served electronically via CM/ECF this 31st day of October 2023.