# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** a Delaware Corporation, | ) ) ) ) |
| **Plaintiff,** | ) ) ) No. 2023-cv-3536 |
| v. | ) ) ) Presiding Hon. Sarah L. Ellis |
| **CYNTOX LIMITED LIABILITY COMPANY,** a New York Limited Liability Company, | ) ) ) ) |
| **Defendant.** | ) ) |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on **November 9, 2023 at 1:45 p.m.,** or as soon thereafter as counsel may be heard, we shall appear telephonically before the Honorable Sara L. Ellis or any judge sitting in her stead, in Room 1403 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Motion for Protective Order to Stay Oral Discovery, a copy of which is attached and hereby served upon you.

Dated: November 6, 2023                               Respectfully submitted,

                                                                          **DANIELS SHARPSMART, INC.,**

                                                                          By:  */s/ Matthew C. Wasserman*
                                                                                  One of Its Attorneys

Matthew C. Wasserman (#6287638)
Michelle A. Rakestraw (#6323764)
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 837-4316
matthew.wasserman@dinsmore.com
michelle.rakestraw@dinsmore.com

## CERTIFICATE OF SERVICE

    I, Sierra James, a non-attorney, hereby certify that I caused a copy Motion for Protective Order to Stay Oral Discovery to be served upon the following:

| | |
|---|---|
| Alexander N. Loftus<br>Ross M. Good<br>Loftus & Eisenberg, Ltd.<br>161 N. Clark, Ste. 1600<br>Chicago, IL 60601<br>alex@loftusandeisenberg.com<br>ross@loftusandeisenberg.com | Noam Besdin<br>Griffin Sloan<br>Stein Adler Dabah & Zelkowitz LLP<br>1633 Broadway, Fl. 46<br>New York, NY 10019<br>nbesdin@steinadlerlaw.com<br>gsloan@steinadlerlaw.com |

by causing a copy of same to be served electronically via CM/ECF this 6th day of November 2023.