**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Daniels Sharpsmart, Inc. v Cyntox Limited Liability Company

Case Number: 23-cv-3536

An appearance is hereby filed by the undersigned as attorney for:

Daniels Sharpsmart, Inc.

Attorney name (type or print): Rebekah S. Mintzer

Firm: Dinsmore & Shohl LLP

Street address: 222 W. Adams Street, Suite 3400

City/State/Zip: Chicago, Illinois, 60606

Bar ID Number: 6317923
(See item 3 in instructions)

Telephone Number: 312-837-4353

Email Address: rebekah.mintzer@dinsmore.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 7, 2023

Attorney signature: S/ Rebekah S. Mintzer/Dinsmore & Shohl LLP
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015