## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Daniels Sharpsmart, Inc.

           Plaintiff,

v.                     Case No.: 1:23−cv−03536

                     Honorable Sara L. Ellis

Cyntox Limited Liability Company

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 9, 2023:

  MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 11/9/2023. Motion for protective order to stay oral discovery [16] is granted as stated on the record. Telephone Conference set for 1/10/2024 at 9:30 AM with joint status report due by 1/4/2024. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.