**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** a Delaware Corporation, | ) ) ) ) |
| **Plaintiff,** | ) ) ) No. 2023-cv-3536 |
| v. | ) ) Presiding Hon. Sarah L. Ellis |
| **CYNTOX LIMITED LIABILITY COMPANY,** a New York Limited Liability Company, | ) Magistrate Hon. Young B. Kim ) ) ) |
| **Defendant.** | ) |

**NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff Daniels Sharpsmart, Inc. hereby identifies the following affiliate, as defined by Local Rule 3.2:

1. Daniels Health USA Holding Co Inc. Daniels Health USA Holding Co Inc. is the parent company of Plaintiff, Daniels Sharpsmart, Inc.

Dated: February 2, 2024             Respectfully submitted,

                                              **DANIELS SHARPSMART, INC.,**
                                              Defendant,


                                              By:   */s/ Matthew C. Wasserman*
                                                     One of Its Attorneys

Matthew C. Wasserman, Esq.
Rebekah S. Mintzer, Esq.
Dinsmore & Shohl LLP
222 W. Adams St.
Suite 3200
Chicago, IL 60606
matthew.wasserman@dinsmore.com
rebekah.mintzer@dinsmore.com
312-372-6060