# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DANIELS SHARPSMART, INC.,** ) <br> a Delaware Corporation, ) <br> ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>     v. ) <br> ) <br> **CYNTOX LIMITED LIABILITY** ) <br> **COMPANY,** ) <br> a New York Limited Liability Company, ) <br> ) <br>     **Defendant.** ) | No. 2023-cv-3536 <br><br> Presiding Hon. Sarah L. Ellis |

## JOINT STATUS REPORT

In accordance with the minute order issued by Judge Ellis on January 9, 2024 (ECF No. 25), the parties hereby submit their joint status report.

On January 31, 2024, the parties participated in a mediation before the Honorable Karen M. Cassidy, A.J.S.C. (Ret.), which addressed both those claims asserted in the pending matter before this Court, and those asserted in a second lawsuit in the District Court of New Jersey against Daniels as Case No. 3:23-cv-04365-RK-RLS ("New Jersey Litigation"), also based upon a breach of contract related to biomedical waste services. Ultimately, the mediation was unsuccessful.

On August 8, 2023, this Court entered a discovery schedule ordering fact discovery closed on March 14, 2024 (ECF No. 14). On November 9, 2023, this Court granted Daniels' request to stay oral discovery. Prior to this Court's November 9, 2023 order, the parties began exchanging written discovery. The parties now need to review and evaluate the completeness of written discovery, and anticipate that, at the very least, they will depose one another's corporate representatives. Additional depositions may be necessary based upon information learned during discovery. The parties propose the following discovery schedule:

    **Fact discovery complete: May 15, 2024**

**Expert discovery:** The parties do not anticipate expert discovery at this time, but reserve their rights based upon information learned during fact discovery.

The parties are prepared to offer any additional information the Court may require. The parties respectfully acknowledge that the Joint Status Report was ordered to be filed by February 8, 2024, and request that this Court deem the instant Joint Status Report timely *ex post facto*.

Dated: February 9, 2024            Respectfully submitted,

By: <u>*/s/ Matthew C. Wasserman*</u>

Matthew C. Wasserman (#6287638)
Rebekah S. Mintzer (#6317923)
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 837-4316
Matthew.wasserman@dinsmore.com
Rebekah.mintzer@dinsmore.com


Noam Besdin, Esq. – *Pro Hac Vice*
Griffin H. Sloan, Esq. – *Pro Hac Vice*
STEIN ADLER DABAH & ZELKOWITZ LLP
936 Broadway, 5th Floor
New York, New York 10010
(212) 867-5620
nbesdin@steinadlerlaw.com
gsloan@steinadlerlaw.com

Alexander Loftus, Esq.
Ross Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
C: 312.772.5396
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com