**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Daniels Sharpsmart, Inc.
                              Plaintiff,

v.                                                       Case No.: 1:23−cv−03536
                                                              Honorable Sara L. Ellis

Cyntox Limited Liability Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 20, 2024:

     MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the telephonic status date set for 5/21/2024 and resets it to 2/12/2025 at 9:30 AM for ruling on the parties' motions for summary judgment. The Court sets the following summary judgment briefing schedule: motions for summary judgment are due by 8/12/2024; responses are due by 9/16/2024; and replies are due by 10/14/2024. Given the length of time between the close of fact discovery and the due date of the summary judgment motion, the Court will not extend any of these dates and expects the parties follow the briefing schedule they proposed. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.