IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIELS SHARPSMART, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CYNTOX LIMITED LIABILITY COMPANY, a New York Limited Liability Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2023-cv-3536 <br><br> Presiding Hon. Sarah L. Ellis <br> Magistrate Hon. Young B. Kim |

## STIPULUATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice, pursuant to F.R.C.P. 41(a)(1)(A)(ii).

**DINSMORE & SHOHL LLP**
*Attorneys for Plaintiff*

By: _____
    Matthew C. Wasserman, Esq.
    Michelle A. Rakestraw, Esq.
    Rebekah S. Mintzer, Esq.
222 W. Adams, Suite 3400
Chicago, Illinois 60606
312.837.4316

Dated: August 27, 2024

**STEIN ADLER DABAH & ZELKOWITZ LLP**
*Attorneys for Defendant*

By: _____
    Noam Besdin, Esq. – *Pro Hac Vice*
    Griffin H. Sloan, Esq. – *Pro Hac Vice*
936 Broadway, 5th Floor
New York, NY 10010
212.867.5620

Alexander Loftus, Esq.
Ross Good, Esq.
Loftus & Eisenberg, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
312.899.6625

Dated: Sept 4, 2024