# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Daniels Sharpsmart, Inc.

                                        Plaintiff,

v.                                                              Case No.: 1:23−cv−03536

                                                                    Honorable Sara L. Ellis

Cyntox Limited Liability Company

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2024:

       MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of voluntary dismissal [31], this case is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.